United States District Court
For the Northern District of California

1
2
3
4                     IN THE UNITED STATES DISTRICT COURT
5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7    LAURIE HINDIYEH,                          No. C 06-526 SBA
8              Plaintiff,                      **ORDER**
9       v.                                     [Docket Nos. 6, 7, 8]
10   L&B REALTY ADVISORS, INC. GROUP
     LONG TERM DISABILITY PLAN,
11
12            Defendant.
     _____/
13
14          The Court has read and considered Plaintiff's Ex Parte Application to Vacate Order to Show
     Cause and Continue Initial Case Management Conference, and Declaration of Thornton Davidson in
15
     support thereof.  Based on the information presented, the Court is satisfied that dismissal of this
16
     action is not warranted at this juncture.
17
            Accordingly,
18
            IT IS HEREBY ORDERED THAT the Order to Show Cause re Dismissal is VACATED.
19
            IT IS FURTHER ORDERED THAT the parties shall appear by telephone for a Case
20
     Management Conference ("CMC") on June 7, 2006 at 3:15 p.m.  The parties shall file a joint CMC
21
     statement at least ten (10) days prior to the conference.  Plaintiff's counsel is to set up the conference
22
     call with all the parties on the line and call Chambers at (510) 637-3559 at the time designated
23
     above.
24
            IT IS SO ORDERED.
25
     Dated: 5/15/06                            _____
26                                             SAUNDRA BROWN ARMSTRONG
                                               United States District Judge
27
28