**THORNTON DAVIDSON** #166847
THORNTON DAVIDSON & ASSOCIATES
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:   (559) 256-9800
Facsimile:    (559) 256-9795
e-mail: thorntondavidson@aol.com

Attorney for Plaintiff, LAURIE HINDIYEH

**MICHAEL G. GLANZBERG** #178751
KELLY, HERLIHY & KLEIN, LLP
44 Montgomery Street, Ste. 2500
San Francisco, CA 94104-4712
Telephone:   (415) 951-0535
Facsimile:    (415)391-7808
e-mail: mgg@kelher.com

Attorney for Defendant, L & B REALTY ADVISORS, INC. GROUP LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE HINDIYEH, | Case No.: C 06-0526 SBA |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a) AND ORDER** |
| v. | |
| L & B REALTY ADVISORS, INC. GROUP LONG TERM DISABILITY PLAN | |
| Defendant. | |

Plaintiff and Defendant have reached a resolution in this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a). Each party shall bear its own fees and costs.

///

///

///

///

///

1  The parties seed the Court's approval of dismissal of this action with prejudice through the
2  order *infra*.

4  Dated: September 20, 2006

          THORNTON DAVIDSON
          Attorneys for Plaintiff,
          LAURIE HINDIYEH

7  Dated: September ____, 2006

          MICHAEL G. GLANZBERG
          Attorney for Defendant,
          L&B GROUP LONG TERM
          DISABILITY PLAN

11  **IT IS SO ORDERED.**

13  DATED: __9/22/06

          */s/ Saundra B Armstrong*
          Honorable Saundra Brown Armstrong
          United States District Judge

---

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a) AND [PROPOSED] ORDER
CASE NO.: C 06-0526 SBA